B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>216 West 18 Owner LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-8735073 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>216 West 18th Street<br>New York, NY<br>ZIP CODE 10011 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>c/o Steven A. Carlson<br>45 Adams Road, Easton, CT<br>ZIP CODE 06612 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>216 West 18th Street, New York, New York<br>ZIP CODE 10011 | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [✓] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [✓] A plan is being filed with this petition.
- [✓] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [✓] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [✓] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): 216 West 18 Owner LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Annex A | Case Number: | Date Filed: |
| District: Southern District of New York | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)             Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> 216 West 18 Owner LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br>      Signature of Debtor <br><br> X _____ <br>      Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X *(signature)* <br> Signature of Attorney for Debtor(s) <br> **Lloyd A. Palans** <br> Printed Name of Attorney for Debtor(s) <br> **Bryan Cave LLP** <br> Firm Name <br> **1290 Avenue of the Americas** <br> **New York, NY 10104-3300** <br> Address <br> **(212) 541-2000** <br> Telephone Number <br> **11/1/11** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X *(signature)* <br> Signature of Authorized Individual <br> **Steven A. Carlson** <br> Printed Name of Authorized Individual <br> **Chief Restructuring Officer** <br> Title of Authorized Individual <br> **11/1/11** <br> Date | |

## ANNEX A

## PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF DEBTOR

- 216 West 18 Mezz LLC
- 216 West 18 Holder LLC

3731620.4

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| 216 WEST 18 OWNER LLC, | Case No. 11-_____ (___) |
| Debtor. | |

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

Following is a list of the creditors holding the 20 largest unsecured claims against 216 West 18 Owner LLC. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors.[1]

---

[1] Please note that the amounts listed herein are submitted for compliance with Fed. R. Bankr. P. 1007(d) and are not an admission of liability by any Debtor.

3731620.4

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF CORPORATION

      I, Steven A Carlson, Chief Restructuring Officer of the Debtor herein, do hereby declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Date: November 1, 2011

Signature: _____
Steven A. Carlson
Chief Restructuring Officer

3731620.4

# EXHIBIT A

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Wonder Works Construction Corp. | 18 W. 21st Street, 4th Floor<br>New York, NY 10010 | Unsecured mechanic's lien claim | | $1,203,920.51 |
| 18th Street Owner LLC | c/o Atlas Capital Group LLC<br>505 Fifth Avenue<br>New York, NY 10017 | Unsecured mechanic's lien claim | | $338,154.36 |
| Gibraltar Contracting Inc. | 245 E. 137th Street<br>Bronx, NY 10451 | Unsecured mechanic's lien claim | | $268,629.00 |
| Ramapo Lighting and Electric | 32 S. Central Avenue<br>Spring Valley, NY 10977 | Unsecured mechanic's lien claim | | $187,650.00 |
| Aura Electrical Supply Inc. | 1355 60th Street<br>Brooklyn, NY 11219 | Unsecured mechanic's lien claim | | $120,000.00 |
| Eastern Air Inc. | 260 Johnson Avenue<br>Brooklyn, NY 11206 | Unsecured mechanic's lien claim | | $115,675.00 |
| Rotavele Elevator Inc. | 414 Seneca Avenue<br>Ridgewood, NY 11385 | Unsecured mechanic's lien claim | | $110,514.17 |
| Perfect Z Construction Inc. | 66-14 54th Avenue<br>Maspeth, NY 11378 | Unsecured mechanic's lien claim | | $99,923.00 |
| Grubb & Ellis New York, Inc. | 1177 Avenue of the Americas<br>New York, NY 10036 | Unsecured mechanic's lien claim | | $70,996.08 |
| Fidelity and Deposit Company of Maryland | 165 Broadway<br>New York, NY 10006 | Judgment | | $38,650.90 |
| Galasso Trucking & Rigging, Inc. | Two Galasso Place<br>Maspeth, NY 11378 | Unsecured mechanic's lien claim | | $17,789.00 |
| Secure Door and Hardware Inc. | 265 46th Street<br>Brooklyn, NY 11220 | Unsecured mechanic's lien claim | | $15,688.56 |
| Envirospect Inc. | 110 Lake Avenue South, Suite 31<br>Nesconset, NY 11767 | Unsecured mechanic's lien claim | | $6,262.23 |

37316204

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| 216 WEST 18 OWNER LLC, | Case No. 11-_____ (___) |
| Debtor. | |

## CONSOLIDATED LIST OF CREDITORS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Attached is a single consolidated list of creditors (the "Consolidated Creditors List"), in lieu of separate lists. The Consolidated Creditors List is also being uploaded into the Court's ECF creditors' database.

3731620.4

Dated: November 1, 2011  Respectfully submitted,
       New York, New York

_____
BRYAN CAVE LLP
Lloyd A. Palans (LP-8572)
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1493
E-mail: lapalans@bryancave.com
E-mail: michelle.mcmahon@bryancave.com

*Proposed Attorneys for the Debtors and
Debtors-in-Possession*

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

      I, Steven A. Carlson, Chief Restructuring Officer of the Debtor herein, do hereby declare under penalty of perjury that I have reviewed the Consolidated List of Creditors submitted contemporaneously herewith and that it is true and correct to the best of my knowledge, information and belief.

Date:        November 1, 2011

Signature: _____
Steven A. Carlson
Chief Restructuring Officer

3731620.4

# **MATRIX**

\*\*\*11_____\*\*\*

18th Street Owner LLC
c/o Atlas Capital Group LLC
505 5th Avenue
New York, NY 10017

216 W 18 Lender LLC
c/o Fishman Holdings North America Inc.
950 3rd Ave., Suite 3101
New York, NY 10022

Aura Electrical Supply Inc.
1355 60th Street
Brooklyn, NY 11219

Company 3, LLC
218 West 18th Street
New York, NY 10011

ConEdison
JAF Station
PO Box 1702
New York, NY 10116-1702

Eastern Air Inc.
260 Johnson Avenue
Brooklyn, NY 11206

Envirospect Inc.
110 Lake Avenue South, Suite 31
Nesconset, NY 11767

Fidelity and Deposit Company of Maryland
600 Red Brook Blvd.
Owings Mills, MD 21117

Galasso Trucking & Rigging, Inc.
2 Galasso Place
Maspeth, NY 11378

Gibraltar Contracting Inc.
245 E. 137th Street
Bronx, NY 10451

GreenOak Real Estate Advisors LP
399 Park Avenue
22nd Floor
New York, NY 10022

Grubb & Ellis New York, Inc.
1177 Avenue of the Americas
New York, NY 10036

HAJ 18 LLC
c/o The Harsh Group
891 Second Avenue, 22nd Floor
New York, NY 10017

Andrew L. Herz, Receiver
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7436

Internal Revenue Service
290 Broadway
New York, NY 10007

Jeffrey Management Corp.
Attn: Drew Arnold
370 7th Avenue, Suite 618
New York, NY 10001

Harry Jeremias
c/o The Harsh Group
891 Second Avenue, 22nd Floor
New York, NY 10017

JK 18 LLC
Attn: Joseph M. Hershkowitz, Esq.
Frenkel, Hershkowitz & Shafran, LLP
16 East 34th Street, 16th Floor
New York, NY 10016

3731620.4

Jeffrey H. Kaufman, Esq.
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

Juda Kline
Attn: Joseph M. Hershkowitz, Esq.
Frenkel, Hershkowitz & Shafran, LLP
16 East 34th Street, 16th Floor
New York, NY 10016

Juda Kline
8 Sunrise Drive
Monsey, NY 10952

New York Secretary of State
Daniel E. Shapiro
Department of State
1 Commerce Plaza, 99 Washington Ave.
Albany, NY 12231-0001

New York Secretary of State
Daniel E. Shapiro
Department of State
123 William Street
New York, NY 10038-3804

NYS Dept. of Finance
Attn: Bankruptcy Unit
Audit Division
345 Adams Street, 5th Floor
Brooklyn, NY 11201

New York State Department
Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Perfect Z Construction Inc.
66-14 54th Avenue
Maspeth, NY 11378

Tsvi Pluczenik
Attn: Joseph M. Hershkowitz, Esq.
Frenkel, Hershkowitz & Shafran, LLP
16 East 34th Street, 16th Floor
New York, NY 10016

3731620.4

Ramapo Lighting and Electric
32 S. Central Avenue
Spring Valley, NY 10977

Rotavele Elevator Inc.
414 Seneca Avenue
Ridgewood, NY 11385

Secure Door and Hardware Inc.
265 46th Street
Brooklyn, NY 11220

SY Partners, Inc.
218 West 18th Street
New York, NY 10011

United States Attorney's Office
Southern District of New York
Attention: Tax and Bankruptcy Unit
86 Chambers Street, 3rd Floor
New York, NY 10007

United States Trustee's Office
Region 2
33 Whitehall Street, 21st Fl.
New York, NY 10004

Wonder Works Construction Corp.
18 W. 21st Street, 4th Floor
New York, NY 10010

3731620.4

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| 216 WEST 18 OWNER LLC, | Case No. 11-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

The debtor in this chapter 11 case filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Following is the list of 216 West 18 Owner LLC's equity security holders which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.

| Name of Equity Security Holder and Last Known Address | Number and Type of Shares |
|---|---|
| 216 West 18 Mezz LLC<br>216 West 18th Street<br>New York, New York 10011 | 100% of all membership interests |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Steven A. Carlson, Chief Restructuring Officer of the Debtor herein, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.

Date: November 1, 2011

Signature: _____
Steven A. Carlson
Chief Restructuring Officer

3731620.4

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:  | Chapter 11

216 WEST 18 OWNER LLC, | Case No. 11-_____ (___)

Debtor.

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

In accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1), the undersigned certifies that the following entities directly or indirectly own 10% or more of any class of 216 West 18 Owner LLC's equity interests:

| Name / Address | Interest | Percentage of Class |
|---|---|---|
| 216 West 18 Mezz LLC<br>216 West 18th Street<br>New York, New York 10011 | Membership Interests | 100% |

Date: November 1, 2011

Signature: _____
Steven A. Carlson
Chief Restructuring Officer

3731620.4

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| 216 WEST 18 OWNER LLC, | Case No. 11_____ (___) |
| Debtor. | |

## CERTIFICATE OF AUTHORIZATION
## TO COMMENCE CHAPTER 11 CASE

I, Steven A. Carlson, the duly appointed and qualified Chief Restructuring Officer of 216 West 18 Owner LLC, a Delaware limited liability company (the "Company"), do hereby certify that after due deliberation and review of all aspects of the Company's business and the various alternatives to commencing a Chapter 11 bankruptcy case, the member of the Company has unanimously determined that it is desirable and in the best interests of the Company, its creditors and all other interested parties as a whole for the Company to commence a Chapter 11 bankruptcy filing, and accordingly, the member of the Company has authorized and directed me to file a Voluntary Petition for relief on behalf of the Company under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. Furthermore, the member of the Company has authorized and directed me to execute any and all petitions, affidavits, motions, documents, disclosures, mortgages and other contracts in connection with the filing of the Company's bankruptcy proceeding, and to effectuate all other actions as are necessary or desirable in the Company's Chapter 11 case.

216 WEST 18 OWNER LLC

By: _____
Name: Steven A. Carlson
Title: Chief Restructuring Officer

3731620.4