BRYAN CAVE LLP
Lloyd A. Palans (LP-8572)
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1943

Attorneys for the Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>**216 WEST 18 OWNER LLC,**<br>Debtor.<br>Tax ID No: 20-8735073 | **Chapter 11**<br>**Case No.** |
| In re:<br>**216 WEST 18 MEZZ LLC,**<br>Debtor.<br>Tax ID No: 20-8735136 | **Chapter 11**<br>**Case No.** |
| In re:<br>**216 WEST 18 HOLDER LLC,**<br>Debtor.<br>Tax ID No: 20-8735015 | **Chapter 11**<br>**Case No.** |

**NOTICE OF HEARING TO CONSIDER FIRST-DAY PLEADINGS**

PLEASE TAKE NOTICE that on November 1, 2011, 216 West 18 Owner LLC, 216 West 18 Mezz LLC, and 216 West 18 Holder LLC (together, "216 West 18"), the above-captioned debtors and debtors-in-possession (the "Debtors"), filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the

1

"Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. The Debtors continue to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the following pleadings on _____, 2011 at \_:\_\_ \_.m. (ET) before the Honorable _____, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom No. \_\_, New York, New York 10004:

### **MOTIONS AND APPLICATION**

1. Motion for an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Seeking Joint Administration;

2. Motion for Entry of an Order Authorizing the Debtors to File Consolidated List of Creditors;

3. Motion for an Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing;

4. Scheduling Motion for Prepackaged Chapter 11 Case; and

5. Application for an Order Establishing Uniform Bar Date and Procedures for Filing Proofs of Claim and/or Proofs of Interest, and Approving the Form and Manner of Notice Thereof.

PLEASE TAKE FURTHER NOTICE that copies of all of the pleadings referenced above can be obtained by (i) accessing the Court's website at www.nysb.uscourts.gov or (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10104. Please note that a PACER password is needed to access documents on the Court's website.

Dated: November 1, 2011
New York, New York

      /s/ Lloyd A. Palans
BRYAN CAVE LLP
Lloyd A. Palans (LP-8572)
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1943

Attorneys for the Debtors and
Debtors In Possession